IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff<br><br>vs.<br><br>KEN SALAZAR, Secretary of the Interior, and SAM HAMILTON, Director, U.S. Fish and Wildlife Service,<br><br>Defendants. | CASE NO. 09-CV-00091-RJL<br><br>STIPULATION OF VOLUNTARY DISMISSAL<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Center for Biological Diversity (the "Center") and Defendants Ken Salazar, Secretary of the Interior, and Sam Hamilton, Director of the U.S. Fish and Wildlife Service hereby stipulate to dismissal with prejudice of the above-captioned case with the following limited exceptions:

(1)     The Center reserves the right to challenge the 2005 final rule designating critical habitat for the Arkansas River shiner, 70 Fed. Reg. 59808 ("2005 Shiner Critical Habitat Rule"), based on newly-discovered evidence of bad faith in the rulemaking process.  The Center shall file any such action in the United States District Court for the District of Columbia.  Documents present in the current administrative record for the 2005 Shiner Critical Habitat Rule, which was filed with the Court on July 10, 2009, shall not constitute "newly-discovered evidence."

(2)     The Center reserves the right to intervene in any future challenge to the 2005 Shiner Critical Habitat Rule that asserts that the critical habitat designation is overinclusive.

The parties shall bear their own fees and costs in connection with this action.

/ / /


Dated:        September 18, 2009

/s/ John Buse
John Buse (pro hac vice, CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA  94104-2404
Telephone:   (323) 533-4416
Fax:         (415) 436-9683
E-Mail:      jbuse@biologicaldiversity.org


JOHN C. CRUDEN,
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

/s/ Rickey D. Turner, Jr.
RICKEY D. TURNER, JR., Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0229
Fax: (202) 305-0275
Email: rickey.turner@usdoj.gov

Attorneys for Federal Defendants